IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| HAROLD G. SMITH, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:10CV00160 SWW |
| | * | |
| CAPITAL ONE BANK, ET AL., | * | |
| | * | |
| Defendants. | * | |

## Order

Before the Court is plaintiffs' motion for voluntary dismissal without prejudice.[1] The motion [docket entry 2] is granted. Plaintiffs' complaint is hereby dismissed without prejudice.

SO ORDERED this 26th day of August, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] No answer or other responsive pleading has been filed by defendants.